# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Chemtall, Inc.    v.    United States

No. 16-2380

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Chemtall Incorporated
                                      Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Matthew R. Nicely |
| Law Firm: | Hughes Hubbard & Reed LLP |
| Address: | 1775 I Street, NW, Suite 600 |
| City, State and Zip: | Washington, DC 20006 |
| Telephone: | 202-721-4600 |
| Fax #: | 202-721-4646 |
| E-mail address: | matthew.nicely@hugheshubbard.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/15/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 9/26/2016      Signature of pro se or counsel /s/ Matthew R. Nicely

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Chemtall, Inc.   v.   United States

Case No.   16-2380

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Chemtall Incorporated

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
| --- | --- | --- |
| Chemtall Incorporated | Not Applicable | SNF Holding Company |
|  |  | SPCM SA |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Alexandra B. Hess, Hughes Hubbard & Reed LLP; Andres A. Castrillon, Hughes Hubbard & Reed LLP

Sep 26, 2016
Date

/s/ Matthew R. Nicely
Signature of counsel

Please Note: All questions must be answered

Matthew R. Nicely
Printed name of counsel

cc:

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  September 26, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Matthew R. Nicely | /s/ Matthew R. Nicely |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hughes Hubbard & Reed LLP |
| Address | 1775 I Street N.W., Suite 600 |
| City, State, Zip | Washington, D.C. 20006 |
| Telephone Number | (202) 721-4600 |
| Fax Number | (202) 721-4646 |
| E-Mail Address | matthew.nicely@hugheshubbard.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields